AO 91 (Rev 8/01) Criminal Complaint

United States Courts
Southern District of Texas
FILED

January 29, 2023

Nathan Ochsner, Clerk of Court

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Olga Lobato-Cortez

## CRIMINAL COMPLAINT

Case Number: M-23-0166-M

IAE YOB: 1984
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __January 27, 2023__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*
the Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near La Joya, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Olga Lobato-Cortez was encountered by Border Patrol Agents near La Joya, Texas on January 27, 2023. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 27, 2023, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on July 9, 2019, through Laredo, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On June 11, 2019, the Defendant was convicted of Misuse of Passport and False Statement to Federal Agency or Agent and sentenced to time served.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA P. Brostowin
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

January 29, 2023 at 10:11 a.m.

/s/ Shakira Singho
Signature of Complainant

Shakira Singho    Border Patrol Agent

**J. Scott Hacker**, **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer